FILED
October 10, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003823640

BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Chapter 7 Trustee
Susan Didriksen

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

HARRY DALLAS and
BRIGITTE LUENEBURG,

Debtors.

CASE NO. 11-32588-B-7

D.C. NO. BHS-3

**TRUSTEE'S MOTION TO COMPEL DEBTORS AND AAA LIFE INSURANCE COMPANY TO TURN OVER FUNDS HELD TO THE ESTATE**

DATE: November 8, 2011
TIME: 9:32 a.m.
DEPT: B; CTRM: 32
Hon. Thomas C. Holman

Susan Didriksen, the Chapter 7 Trustee (hereinafter "Trustee") hereby moves this Court for an order requiring Debtors Harry Dallas and Brigitte Lueneburg (aka Brigitte Von Lueneburg) and also AAA Life Insurance Company (hereinafter "AAA") to turn over to the Trustee any and all funds on hand in the AAA Platinum Annuity 10 Policy, policy number 40-0360303-4, (hereinafter "Annuity Policy") in the name of Co-Debtor Brigitte Lueneburg, which is property of the Estate.

In support of her motion, the Trustee represents, as follows:

1. This Chapter 7 case was commenced on May 20, 2011. Movant was appointed as Chapter 7 Trustee that same day. The Debtors discharge was granted on September 6, 2011.

////

2. Co-Debtor Brigitte Lueneburg owned the Annuity Policy on the date the Chapter 7 petition was filed. A true and correct copy of the Annuity Statement of Value dated August 1, 2011 is Exhibit "A." The Debtors exempted the Annuity policy. On September 19, 2011, this Court issued an Order sustaining the Trustee's objection to the Debtors claim of exemption in the Annuity Policy. See docket number 26.

3. Despite demands by the Trustee on AAA to turn over the funds in the Annuity Policy, no funds have been turned over to the Estate. AAA is not adverse to turning over the funds to the Estate, but according to Jonathan Marlin, in house counsel for AAA, Co-Debtor Brigitte Lueneburg will not give her consent to AAA turning over the Annuity Policy funds to the Estate.

4. Pursuant to 11 U.S.C. section 541, the Annuity Policy is property of the bankruptcy estate. Pursuant to 11 U.S.C. section 542(a), the Trustee is entitled to turn over of all property of the Estate, including the Annuity Policy from AAA.

WHEREFORE, the Trustee prays, for an order:

a. Requiring the Debtors and AAA Life Insurance Company to turnover to the Estate any and all funds on hand in the AAA Platinum Annuity 10 Policy, policy number 40-0360303-4 in the name of Co-Debtor Brigitte Lueneburg (aka Brigitte Von Lueneburg) and

b. Such other and further relief as the Court deems proper.

DATED: October 10, 2011

LAW OFFICE OF BARRY H. SPITZER

By: *[signature]*
BARRY H. SPITZER
Attorneys for Susan Didriksen,
Chapter 7 Trustee